A. J. SHARP, ESQ.
Nevada Bar No. 11457
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSALYN HOLMES,<br><br>                    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.; DOES I through<br>X; CORPORATE DOES X I through XXI,.<br><br>                    Defendants. | Case No.: 2:10-cv-00625-PMP-LRL<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

///

///

///

///

///

///

///

///

///

- 1 -

1   or her own costs and attorney's fees.

2   DATED this 11th day of February, 2011.     DATED this 11 day of February, 2011.

3   LAW OFFICES OF                              PHILIPS, SPALLAS & ANGSTADT LLC
4   WILLIAM S. SKUPA, ESQ.

5   _____                   _____
6   William S. Skupa, Esq.                      A. J. Sharp, Esq.
    600 South Seventh Street                    504 South Ninth Street
7   Las Vegas, Nevada 89101                     Las Vegas, NV 89101
    *Attorneys for Plaintiff*                    *Attorneys for Defendant*
8   *Rosalyn Holmes*                             *Wal-Mart Stores, Inc.*

9

10                          **ORDER**

11          PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel,

12   it is hereby:

13          ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed,

14
     with prejudice, each party to bear their own costs and attorney's fees.
15
            DATED this __ 16th day of February, 2011.
16

17                                      _____

18                                      **DISTRICT COURT JUDGE**

19

20   Respectfully submitted by:

21   **PHILLIPS, SPALLAS & ANGSTADT, LLC**

22   _____
23   A. J. Sharp, Esq.
     504 South Ninth Street
24   Las Vegas, Nevada 89101
     *Attorneys for Defendant*
25   *Wal-Mart Stores, Inc.*

26

27

28

- 2-